194 So. 693

### Walter CAPPS v. STATE.

### 6 Div. 652.

Supreme Court of Alabama.
March 14, 1940.

Thos. S. Lawson, Atty. Gen., and Francis M. Kohn, Asst. Atty. Gen., for the motion.

Chas. R. Wiggins, of Jasper, opposed.

PER CURIAM.

Petition of the State of Alabama by its Attorney General, for certiorari to review and revise a judgment and decision of the Court of Appeals reversing a judgment of conviction of perjury in the case of Capps v. State, 194 So. 689.

Writ denied.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.